AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
(1) Xiaosong Wang and
(2) Jiali Wang

*Defendant(s)*

Case No. 19-mj-6485-MPK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 2013 through June 2019 in the county of Norfolk and Worcester in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit securities fraud |

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

This criminal complaint is based on these facts:

See attached affidavit of SA Chris Gianakura

☑ Continued on the attached sheet.

*Complainant's signature*

Chris Gianakura, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/14/2019

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*